THEODORE AARON, PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket No. 13055.   Promulgated June 13, 1928.

*Fred Van Dolsen, Esq.*, and *Henry Lank, Esq.*, for the petitioner.
*J. L. Backstrom, Esq.*, for the respondent.

OPINION.

SIEFKIN: The evidence shows that a net loss of $7,552.16 in trading in butter and eggs on the Chicago Mercantile Exchange was sustained in 1921 and to that extent the respondent was in error. The evidence with respect to cost of the automobile, its age, and the amount of depreciation sustained between the dates of purchase and sale, is so unsatisfactory that we approve the respondent's action in that regard.

*Judgment will be entered under Rule 50.*